## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

WILLIAM G. PUTNICKI  
CLERK OF COURT

800 Franklin, Room 380  
WACO, TEXAS 76701

July 29, 2005

```
                    FILED
                  AUG - 4 2005
                U.S. DISTRICT COURT
                DISTRICT OF DELAWARE
```

Clerk, United States District Court  
4209 J. Caleb Boggs Federal Bldg  
844 North King Street  
Wilmington, DE 19801-3519

RE:   TRANSFER OF JURISDICTION  
      USA VS EDGAR HUGO CARDENAS  
      DOCKET NO. TRANSFERRING COURT: w-02-cr-093(3)  
      DOCKET NO. RECEIVING COURT: CR05-61

Dear Clerk:

Enclosed are the following documents in reference to the above named defendant whose request for transfer of probation jurisdiction has been accepted by your court:

1. Transfer of Jurisdiction
2. Certified copy of Indictment
3. Certified copy of Judgment
4. Certified Copy of Docket Sheet

Please acknowledge receipt of same on the attached copy of this letter and return to our office in the self-addressed envelope enclosed herein.

Sincerely,

WILLIAM G. PUTNICKI, CLERK



by: Mary Cunningham  
    Deputy Clerk

Enclosures

CC:   U. S. District Court  
      U.S. Probation  
      U. S. Attorney  
      Financial Deputy

PLEASE ACKNOWLEDGE BELOW RECEIPT OF THE DOCUMENTS DESCRIBED ABOVE AND THE CASE NUMBER ASSIGNED:

DATE: 8/11/05          CASE NO: 05-61 GMS

Clerk, U. S. District Court

By: _____  
    Deputy Clerk