```
                                                        CLOSED PRIOR
                    U.S. District Court
                 Western District of Texas (Waco)

              CRIMINAL DOCKET FOR CASE #: 02-CR-93-3
```

USA v. Hernandez, et al                                Filed: 06/11/02
Case Assigned to: Honorable Walter S. Smith

Other Dkt # 6:02-m -00062

EDGAR HUGO CARDENAS, JR.              Scott Peterson
  aka                                   [term 07/22/02]
Edgar Hugo Cardenas                   254/753-5122
    defendant                         [COR LD NTC cja]
                                      Attorney at Law
                                      1701 Austin Ave.
                                      Waco, TX 76701
                                      (254) 753-3100

[Clerk's certification stamp: "...e copy of the original, I cer... WILLIAM G. PUTNICKI Clerk, U. S. District Court." with Deputy signature]

                                      Douglas D. Mulder
                                      214/880-0409
                                      [COR LD NTC ret]
                                      Douglas D. Mulder, P.C.
                                      2650 Maxus Energy Tower
                                      717 N. Harwood
                                      Dallas, TX 75201
                                      (214) 953-1919

Pending Counts:                       Disposition

21 U.S.C. 846 [21:841A=ND.F]          SENTENCE: CUSTODY: 51 MONTHS;
NARCOTICS - SELL, DISTRIBUTE,         SUPERVISED RELEASE: 3 YEARS;
OR DISPENSE. Conspiracy to            $1,000.00 FINE; $100.00 SPECIAL
possess with intent to                ASSESSMENT.
distribute Cocaine, a Schedule        (1s)
II Narcotic Controlled
Substance.
(1s)

Offense Level (opening): 4

Terminated Counts:                    Disposition

21:841A=ND.F & 846 NARCOTICS -        Count(s) 1 dismissed per
SELL, DISTRIBUTE, OR                  Government's Motion.
DISPENSE -- Conspiracy to             (1)
Possess With Intent to
Distribute in Excess of 5
Kilograms of a Mixture of
Substance         Containing


FILED
AUG - 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Docket as of July 29, 2005 12:29 pm                    Page 1

```
Proceedings include all events.
6:02cr93-3 USA v. Hernandez, et al                                    CLOSED
                                                                            PRIOR
a Detectable Amount of Cocaine,
a Schedule II    Narcotic
Drug Controlled Substance
(1)


Offense Level (disposition): 4



Complaints                                  Disposition

Complaint filed against Juan
Antonio Hernandez, Celso Erik
Aguirre, Edgar Hugo Cardenas.
[ 6:02-m -62 ]


U. S. Attorneys:

   Steven Lloyd Snyder
     [term  07/25/05]
   254/750-6664
   [COR LD NTC]
   800 Franklin
   Suite 280
   Waco, TX 76701
   (254) 750-1580

   Mark Frazier
   254/750-6664
   [COR LD NTC]
   U.S. Attorney's Office
   800 Franklin
   Suite 280
   Waco, TX 76701
   (254) 750-1580
```

```
Proceedings include all events.
6:02cr93-3 USA v. Hernandez, et al                              CLOSED
                                                                     PRIOR
6/10/02   --        Case assigned   to Judge Jeffrey C. Manske
                    [ 6:02-m -62 ] (tb) [Entry date 06/11/02]

6/10/02   1         Complaint filed against Juan Antonio Hernandez, Celso Erik
                    Aguirre, Edgar Hugo Cardenas
                    [ 6:02-m -62 ] (tb) [Entry date 06/11/02]

6/10/02   --        Arrest warrant issued for Juan Antonio Hernandez, Celso
                    Erik Aguirre, Edgar Hugo Cardenas
                    [ 6:02-m -62 ] (tb) [Entry date 06/11/02]

6/10/02   --        Arrest of Juan Antonio Hernandez, Celso Erik Aguirre, Edgar
                    Hugo Cardenas
                    [ 6:02-m -62 ] (tb) [Entry date 06/11/02]

6/10/02   --        Defendant(s) Juan Antonio Hernandez, Celso Erik Aguirre,
                    Edgar Hugo Cardenas first appearance held; preliminary exam
                    set at 1:30 6/12/02 for Juan Antonio Hernandez, for Celso
                    Erik Aguirre, for Edgar Hugo Cardenas; Defendant informed
                    of rights.
                    [ 6:02-m -62 ] (tb) [Entry date 06/11/02]

6/10/02   4         Minutes of proceedings for Initial Appearance conducted on
                    6/10/02 as to Edgar Hugo Cardenas by Judge Manske. Court
                    Reporter: Electronic Recorder
                    [ 6:02-m -62 ] (tb) [Entry date 06/11/02]

6/10/02   7         Order of Temporary Detention as to Edgar Hugo Cardenas;
                    Bond set to DETAINED for Edgar Hugo Cardenas; setting
                    Detention hearing for 1:30 6/12/02 for Edgar Hugo Cardenas
                    [ 6:02-m -62 ] (tb) [Entry date 06/11/02]

6/11/02   --        Case assigned   to Honorable Walter S. Smith (mc)
                    [Entry date 06/12/02]

6/11/02   8         Indictment filed against Juan Antonio Hernandez (1)
                    count(s) 1, Celso Erik Aguirre (2) count(s) 1, Edgar Hugo
                    Cardenas (3) count(s) 1   (Pages: 1) (mc)
                    [Entry date 06/12/02]

6/12/02   11        Arrest warrant returned executed for Edgar Hugo Cardenas on
                    6/10/02 (mc) [Entry date 06/13/02]

6/12/02   --        Arraignment as to Juan Antonio Hernandez, Celso Erik
                    Aguirre, Edgar Hugo Cardenas held (mc) [Entry date 06/14/02]

6/12/02   --        Detention hearing for Juan Antonio Hernandez, Celso Erik
                    Aguirre, Edgar Hugo Cardenas  held. Witnesses sworn.
                    Testimony heard. Evidence presented by
                    Government/Defendant.  Argument presented by
                    Government/Defendant. Court finds that Defendants should be
                    detained pending trial and will enter an order of detention
                    pending trial. Defendants remanded to the custody of the U.
                    S. Marshal. (mc) [Entry date 06/14/02]
```

```
Proceedings include all events.
6:02cr93-3 USA v. Hernandez, et al                                      CLOSED
                                                                         PRIOR

6/13/02    14      Minutes of proceedings for Arraignment conducted on 6/12/02
                   as to Edgar Hugo Cardenas by Judge Manske. Court Reporter:
                   ERO (mc) [Entry date 06/14/02]

6/13/02    15      Minutes of proceedings for Detention Hearing conducted on
                   6/12/02 as to Juan Antonio Hernandez, Celso Erik Aguirre,
                   Edgar Hugo Cardenas by Judge Manske. Court Reporter: ERO (mc)
                   [Entry date 06/14/02]

6/13/02    16      Witness List by Juan Antonio Hernandez, Celso Erik Aguirre,
                   Edgar Hugo Cardenas, USA as to Juan Antonio Hernandez,
                   Celso Erik Aguirre, Edgar Hugo Cardenas in re: Detention
                   Hearing (mc) [Entry date 06/14/02]

6/13/02    17      Exhibit list by Juan Antonio Hernandez, Celso Erik Aguirre,
                   Edgar Hugo Cardenas  as to Juan Antonio Hernandez, Celso
                   Erik Aguirre, Edgar Hugo Cardenas in re: Detention Hearing
                   (mc) [Entry date 06/14/02]

6/13/02    19      Filed CJA Form #20 as to Edgar Hugo Cardenas appointing
                   Scott Peterson (mc) [Entry date 06/14/02]

6/17/02    22      Order of Detention Pending Trial: Bond reset to DETAINED
                   for Edgar Hugo Cardenas. (as) [Entry date 06/18/02]

6/18/02    23      Scheduling order as to Juan Antonio Hernandez, Celso Erik
                   Aguirre, Edgar Hugo Cardenas setting: Plea agreement to
                   submitted on or before 7/29/02 for Juan Antonio Hernandez,
                   for Celso Erik Aguirre, for Edgar Hugo Cardenas. Should a
                   plea agreement be reached, rearraignment will be held at
                   1:00 p.m. 8/1/02. Jury Selection set for 9:00 8/12/02 for
                   Juan Antonio Hernandez, for Celso Erik Aguirre, for Edgar
                   Hugo Cardenas ; Jury set for 9:00 8/12/02 for Juan Antonio
                   Hernandez, for Celso Erik Aguirre, for Edgar Hugo Cardenas
                   Hearing on pending motions will be held at 1:00 p.m.
                   7/17/02 (mc) [Entry date 06/19/02]

6/18/02    24      Order on Courtroom Decorum and Trial Procedures as to Juan
                   Antonio Hernandez, Celso Erik Aguirre, Edgar Hugo Cardenas
                   (mc) [Entry date 06/19/02]

7/12/02    27      Motion  by Edgar Hugo Cardenas to substitute attorney
                   (Douglas D. Mulder for Scott Peterson) (mc)
                   [Entry date 07/15/02]

7/22/02    28      Order granting motion to substitute attorney (Douglas D.
                   Mulder for Scott Peterson) [27-1] ; attorney Scott Peterson
                   for Edgar Hugo Cardenas terminated; Douglas D. Mulder added
                   as to Edgar Hugo Cardenas (3) (tb) [Entry date 07/23/02]

7/31/02    29      Superseding information as to  Edgar Hugo Cardenas (3)
                   count(s) 1s (Pages: 1) (tb) [Entry date 08/01/02]


Docket as of July 29, 2005 12:29 pm                          Page 4
```

```
Proceedings include all events.
6:02cr93-3 USA v. Hernandez, et al                              CLOSED
                                                                       PRIOR
8/1/02     31      Filed waiver of indictment by Edgar Hugo Cardenas (tb)
                   [Entry date 08/01/02]

8/1/02     32      Minutes of proceedings for Arraignment conducted on 8/1/02
                   as to Edgar Hugo Cardenas by Judge Smith. Court Reporter:
                   Kristie M. Davis (tb) [Entry date 08/01/02]

8/1/02     --      Arraignment as to Edgar Hugo Cardenas held. Defendant
                   informed of rights. Superceding information filed. Filed
                   waiver of indictment. Court withholds acceptance of plea
                   agreement pending sentencing. Defendant continued in
                   custody pending sentencing. (tb) [Entry date 08/01/02]

8/1/02     --      Plea of guilty entered by Edgar Hugo Cardenas (3) count(s)
                   1s (tb) [Entry date 08/01/02]

8/1/02     --      Guilty plea accepted by the court as to Edgar Hugo Cardenas
                   (3) count(s) 1s (tb) [Entry date 08/01/02]

8/1/02     --      Referred to Probation for Pre-Sentence Report as to Edgar
                   Hugo Cardenas (tb) [Entry date 08/01/02]

8/1/02     33      Factual basis by USA as to Edgar Hugo Cardenas (tb)
                   [Entry date 08/01/02]

8/1/02     34      Plea agreement filed as to Edgar Hugo Cardenas (tb)
                   [Entry date 08/01/02]

8/1/02     35      Order as to Edgar Hugo Cardenas  setting sentencing to
                   1:00 9/18/02 for Edgar Hugo Cardenas (tb)
                   [Entry date 08/01/02]

8/13/02    41      Order granting motion to seal [40-1] as to Juan Antonio
                   Hernandez (1), Celso Erik Aguirre (2), Edgar Hugo Cardenas
                   (3), Jesus Lionel Botello (4) (tb) [Entry date 08/14/02]
                   [Edit date 09/10/02]

9/16/02    53      Motion by Edgar Hugo Cardenas to continue sentencing (tb)
                   [Entry date 09/17/02]

9/17/02    55      Order granting motion to continue sentencing [53-1] as to
                   Edgar Hugo Cardenas (3)  resetting sentencing to 10/2/02
                   for Edgar Hugo Cardenas (tb) [Entry date 09/18/02]

9/24/02    58      Order as to Edgar Hugo Cardenas  resetting sentencing to
                   10:00 10/2/02 for Edgar Hugo Cardenas (tb)
                   [Entry date 09/24/02]

9/27/02    59      Motion by Edgar Hugo Cardenas to continue sentencing (tb)
                   [Entry date 09/27/02]

10/1/02    60      Order granting motion to continue sentencing [59-1] as to
                   Edgar Hugo Cardenas (3)  resetting sentencing to 1:00
                   10/30/02 for Edgar Hugo Cardenas (tb) [Entry date 10/02/02]

Docket as of July 29, 2005 12:29 pm                       Page 5
```

```
Proceedings include all events.
6:02cr93-3 USA v. Hernandez, et al                              CLOSED
                                                                     PRIOR

10/30/02   62        Motion by Edgar Hugo Cardenas to continue sentencing (tb)
                     [Entry date 10/30/02]

10/31/02   65        Order granting motion to continue sentencing [62-1] as to
                     Edgar Hugo Cardenas (3)  resetting sentencing to 1:00
                     12/3/02 for Edgar Hugo Cardenas (tb) [Entry date 10/31/02]

11/25/02   73        Order as to Edgar Hugo Cardenas  resetting sentencing to
                     10:00 1/16/03 for Edgar Hugo Cardenas (tb)
                     [Entry date 11/26/02]

1/14/03    78        Motion by Edgar Hugo Cardenas to continue sentencing (tb)
                     [Entry date 01/14/03]

1/14/03    80        Order granting motion to continue sentencing [78-1] as to
                     Edgar Hugo Cardenas (3)  resetting sentencing to 2/12/03
                     for Edgar Hugo Cardenas signed by Honorable Walter S.
                     Smith (tb) [Entry date 01/15/03]

2/7/03     99        Motion by USA  as to Edgar Hugo Cardenas for downward
                     departure (tb) [Entry date 02/10/03]

2/12/03    100       Minutes of proceedings for Sentencing conducted on 2/12/03
                     as to Edgar Hugo Cardenas by Judge Smith. Court Reporter:
                     Kristie M. Davis (tb) [Entry date 02/13/03]

2/12/03    --        Sentencing Edgar Hugo Cardenas (3) count(s) 1s held. Court
                     accepts plea agreement. Objections to pre-sentence report
                     heard. Defendant continued in custody. Court recommends
                     that the defendant be incarcerated at F.C.I. Bastrop, TX
                     and that he participate in drug and alcohol treatment.
                     SENTENCE: CUSTODY: 51 MONTHS; SUPERVISED RELEASE: 3 YEARS;
                     $1,000.00 FINE; SPECIAL ASSESSMENT. (tb)
                     [Entry date 02/13/03]

2/12/03    --        SEALED PSI PLACED IN VAULT as to Edgar Hugo Cardenas (tb)
                     [Entry date 02/13/03]

2/12/03    --        Dismissed count on motion by the Government Edgar Hugo
                     Cardenas (3) count(s) 1 (tb) [Entry date 02/13/03]

2/13/03    101       Judgment and Commitment as to Edgar Hugo Cardenas (3)
                     count(s) 1s (Pages: 5) signed by Honorable Walter S. Smith
                     (tb) [Entry date 02/14/03]

2/13/03    --        True name of Edgar Hugo Cardenas is EDGAR HUGO CARDENAS,
                     JR. (tb) [Entry date 02/14/03]
```

```
Proceedings include all events.
6:02cr93-3 USA v. Hernandez, et al                              CLOSED
                                                                     PRIOR
4/2/03     109      Judgment and commitment returned executed as to Edgar Hugo
                    Cardenas (3) count(s) 1s on 3/18/03 (tb)
                    [Entry date 04/02/03]

2/12/04    113      Sealed Motion by USA  as to Edgar Hugo Cardenas Jr.
                    SEALED (mc) [Entry date 02/17/04]

4/21/04    --       SEALED PSI and Statement of Reasons as to Edgar Hugo
                    Cardenas Jr.  returned to Probation Office (tj)
                    [Entry date 05/04/04]

7/25/05    114      SEALED Order as to Edgar Hugo Cardenas Jr.  granting motion
                    SEALED [113-1] as to Edgar Hugo Cardenas (3) signed by
                    Honorable Walter S. Smith (mc) [Entry date 07/26/05]

7/29/05    115      Transfer of Probation Jurisdiction to District of Delaware
                    as to Edgar Hugo Cardenas Jr.  signed by Honorable Walter
                    S. Smith (mc) [Entry date 07/29/05]

7/29/05    --       Transfer of Jurisdiction and related document  as to Edgar
                    Hugo Cardenas Jr. mailed to Clerk, U. S. District Court,
                    4209 J. Caleb Boggs Federal Bldg., 844 North King Street,
                    Wilmington, DE 19801-3519 (mc) [Entry date 07/29/05]
```