IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
JUL 3 1 2002
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. W-02-CR-093(3) |
| | | SUPERSEDING |
| Plaintiff, | * | INFORMATION |
| | | |
| V. | * | [Vio: 21 U.S.C. § 846 {21 U.S.C. 841(a)(1)} -- Conspiracy to |
| EDGAR HUGO CARDENAS, | * | Possess With Intent to Distribute Cocaine, a Schedule II |
| Defendant. | * | Narcotic Drug Controlled Substance] |

THE UNITED STATES ATTORNEY CHARGES:

On or about June 7, 2002, in the Western District of Texas, Defendant,

EDGAR HUGO CARDENAS

and others, both known and unknown, did unlawfully, intentionally and knowingly combine, conspire, confederate and agree together and with each other and others, to possess with intent to distribute a quantity of Cocaine, a Schedule II Narcotic Drug Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1), and in violation of Title 21, United States Code, Section 846.

JOHNNY SUTTON
United States Attorney

By: _____
STEVEN L. SNYDER
Assistant U. S. Attorney

..ue copy of the original, I cer..
WILLIAM G. PUTNICKI
Clerk, U. S. District Court.
_____
Deputy

FILED
AUG - 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE