AO 245 S (Rev. 09/01)(W.D.TX.) - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

**FILED** FEB 1 3 2003
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

EDGAR HUGO CARDENAS
(TRUE NAME: EDGAR HUGO CARDENAS, JR.),

Defendant.

Case Number   W-02-CR-093(03)
USAO Number   2002R03858

REDACTED

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, EDGAR HUGO CARDENAS, JR., was represented by Douglas D. Mulder.

On motion of the United States, the Court has dismissed Count 1.

The defendant pleaded guilty to Count S1 of the Superseding Information on August 1, 2002. Accordingly, the defendant is adjudged guilty of such count, involving the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 21 USC 846 {21 USC 841(a)(1)} | Conspiracy to Possess With Intent to Distribute Cocaine, a Schedule II Narcotic Drug Controlled Substance | 06/07/02 | S1 |

As pronounced on February 12, 2003, the defendant is sentenced as provided in Pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $100.00. Payment of the special assessment shall begin immediately. Said special assessment shall be made to the Clerk, U.S. District Court; 800 Franklin Avenue, Room 380; Waco, Texas 76701.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the 13 day of February, 2003.

True copy of the original, I certify.
WILLIAM G. PUTNICKI
Clerk, U. S. District Court.

By: _____ Deputy

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE

FILED
AUG - 4 2005
COURT

Defendant's SSN:
Defendant's Date of Birth:
Defendant's residence address:

AO 245 S (Rev. 09/01)(W.D.TX.) - Imprisonment

Judgment--Page 2

Defendant: EDGAR HUGO CARDENAS, JR.
Case Number: W-02-CR-093(03)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of FIFTY-ONE (51) MONTHS.

The Court makes the following recommendations to the Bureau of Prisons: That the defendant be incarcerated at F.C.I. Bastrop, Texas and that he participate in drug and alcohol treatment.

The defendant shall remain in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

AO 245 S (Rev. 09/01)(W.D.TX.) - Supervised Release

Judgment--Page 3

Defendant: EDGAR HUGO CARDENAS, JR.
Case Number: W-02-CR-093(03)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of THREE (3) YEARS.

While on supervised release, the defendant shall comply with the standard conditions that have been adopted by this Court as set forth on Page 4 of this judgment; and shall comply with the following additional conditions:

- [X] The defendant shall pay any special assessment and fine that is imposed by this judgment and that remains unpaid at the commencement of the term of supervised release on a schedule to be approved by the Court.

- [X] The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

- [X] The defendant shall participate in a program approved by the U. S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs and alcohol. The defendant may be required to contribute to the costs of services rendered (co-payment) in an amount to be determined by the Probation Officer, based on the defendant's ability to pay.

- [X] The defendant shall provide the probation officer with access to any requested financial information.

AO 245 S (Rev. 09/01)(W.D.TX.) - Supervised Release

Judgment--Page 4

Defendant: EDGAR HUGO CARDENAS, JR.
Case Number: W-02-CR-093(03)

## CONDITIONS OF SUPERVISION

### Mandatory Conditions:

1) The defendant shall not commit another Federal, State, or local crime.
2) The defendant shall not illegally possess a controlled substance.
3) If the judgment imposed a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with any schedule of payments set forth in the Criminal Monetary Penalties sheet of the judgment. In any case, the defendant shall cooperate with the Probation Officer in meeting any financial obligations.
4) In supervised release cases only, the defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
5) If convicted of a felony, the defendant shall not posses a firearm, destructive device or any other dangerous weapon.
6) For offenses committed on or after September 13, 1994, the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment or placement on probation and at least two periodic drug tests thereafter, as directed by the Probation Officer.

### Standard Conditions:

1) The defendant shall not leave the judicial district without the permission of the Court or Probation Officer.
2) The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquires by the Probation Officer and follow the instructions of the Probation Officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training or other acceptable reasons.
6) The defendant shall notify the Probation Officer at least ten days prior to any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Officer.
10) The defendant shall permit a Probation Officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the Probation Officer.
11) The defendant shall notify the Probation Officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the Court.
13) As directed by the Probation Officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the Probation Officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 S (Rev. 09/01)(W.D.TX.) - Fine

Judgment--Page 5

Defendant: EDGAR HUGO CARDENAS, JR.
Case Number: W-02-CR-093(03)

## FINE

The defendant shall pay a fine of $1,000.00.

The Court determines that the defendant does not have the ability to pay interest and therefore waives the interest requirement pursuant to 18 U.S.C. § 3612(f)(3).

The payment of this fine shall begin immediately.

The fine is below the guideline range because of the defendant's inability to pay.

If the fine is not paid, the Court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. § 3614.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.