

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
PROBATION OFFICE / PRETRIAL SERVICES AGENCY



**ELLEN J. KRAUSE**
Chief Probation Officer

FEDERAL BLDG., LOCKBOX #39
844 KING ST.
WILMINGTON, DE 19801-3588

**CENTRAL OFFICE LOCATION:**

SUITE 400
824 MARKET ST.
WILMINGTON, DE 19801-3588
(302) 252-2950
FAX: (302) 573-6658

**BRANCH OFFICE LOCATION:**

ROOM 2201, FEDERAL BLDG.
300 S. NEW ST.
DOVER, DE 19904
(302) 677-0633
FAX: (302) 677-0640

**January 3, 2006**

MEMORANDUM

To:   The Honorable Gregory M. Sleet
        U.S. District Judge

Re:   CARDENAS, Edgar Hugo
        Dkt. No.: 1:05CR00061-001 (GMS)
        Payment Schedule

========================================================================

The above-named was sentenced on February 12, 2003, in the Western District of Texas, and he was ordered to pay a special assessment in the amount of $100, as well as a fine in the amount of $1,000. The special assessment was paid during the term of imprisonment, through the Inmate Financial Responsibility Program.

On May 17, 2005, Mr. Cardenas was finished a six-month term of home confinement with electronic monitoring, which served as the final portion of his sentence of imprisonment. The term of supervised release commenced in Delaware, and a transfer of jurisdiction was initiated by the Western District of Texas.

On June 23, 2005, Your Honor executed an order transferring jurisdiction from the Western District of Texas to the District of Delaware. Mr. Cardenas's term of supervision will end on May 16, 2008.

Since his release, Mr. Cardenas has made efforts to pay the required monies owed for electronic monitoring services, pursuant to an agreement between our office and the Federal Bureau of Prisons. Currently, he only owes $103.26 toward the balance, and he hopes to pay it off soon by using some of his expected income tax refund. However, Mr. Cardenas still has a fine balance of $945, and no payment schedule was ever set in the Western District of Texas.

Mr. Cardenas was ready to resume payments toward the fine when he suffered an injury at work by slipping off of a concrete truck. This injury has caused him to miss work for the past month. He expects to return to work before the end of January 2006. In the meantime, he will receive worker's compensation payments. When working for his employer, Pioneer Concrete, Mr. Cardenas earns approximately $500 per week.

RE: CARDENAS, Edgar
    PAYMENT SCHEDULE
    Page: 2

Our office recently assessed Mr. Cardenas's financial situation, in order to make sure any payment schedule is compatible with his ability to pay. Based on his income when working, as well as income earned by his spouse, it appears he has the ability to pay at least $35 per month toward the fine balance. Mr. Cardenas has agreed to adhere to such a payment schedule, and hopes to pay it off sooner, if he is able. If Mr. Cardenas maintains this payment schedule, he will have the fine balance paid in full before the expiration date of supervision.

Therefore, pursuant to *U.S. v. Graham,* 72 F.3d. 352 (1995), we are requesting that the Court approve the following payment schedule: $35 per month. Signature lines are provided below to reflect Your Honor's decision.

If Your Honor wishes to discuss this matter further, we will be available at your convenience.

                    Respectfully submitted,

                    Ellen J. Krause
                    Chief U.S. Probation Officer

                    Thomas F. Carey
                    Senior U.S. Probation Officer

Reviewed by:

John G. Selvaggi
Supervising U.S. Probation Officer

Approved: _____  Date: 1/10/06
          U.S. District Judge

Disapproved: _____  Date: _____
            U.S. District Judge

cc: Clerk, U.S. District Court