Probation Form No. 35  
(1/92)

Report and Order Terminating Probation /  
Supervised Release  
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## District of Delaware

UNITED STATES OF AMERICA

V.    Crim. No. 1:05CR00061-001 (GMS)

Edgar Hugo Cardenas

    On February 13, 2003, the above named was placed on Supervised Release for a period of three years. The term of supervised release commenced on May 17, 2005. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Edgar Hugo Cardenas be discharged from Supervised Release.

Respectfully submitted,

_Nancy Klingler_  
Nancy Klingler  
U.S. Probation Officer

## ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 11th day of July, 2007.

Gregory M. Sleet  
Chief U.S. District Judge

FILED  
JUL 1 1 2007  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE